Frank J. Martinez (FJM-2149)
THE MARTINEZ GROUP PLLC
55 Washington Street, Suite 316
Brooklyn, New York 10022
718.797.2341 Telephone
718.222.0481 Facsimile
FM@martinezgroup.com
Attorney Docket: 1079-44

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ FEB 0 9 2009 ★

BROOKLYN OFFICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------- X

**FONT DINER, INC.,**

                              Plaintiff,

    -against-

**MOMENTA, INC.,**
        f/k/a
**AMERICAN TRADITIONAL DESIGNS, INC.,**

                          Defendant.

-------------------------------------------------- X

**CV09     528**

**COMPLAINT**

(Jury Trial Demanded)

**MATSUMOTO, J.**

**GO, M.J.**

       Plaintiff, FONT DINER, INC. ("Font Diner"), by and through its attorneys, The Martinez

Group PLLC, for its Complaint against Defendant, MOMENTA, INC. formerly known as,

AMERICAN TRADITIONAL DESIGNS, INC., ("Defendant" or "Momenta"), alleges as

follows:

### NATURE AND SUBSTANCE OF THE ACTION

1.     Plaintiff files this action against Defendant for Copyright infringement under 17 U.S.C. §

       101, et seq., and Unfair Competition under the Lanham Act, 15 U.S.C. § 1125(a) and

       applicable State laws.

{00010413 v.1}

2.  This action is brought in response to a classic case of Copyright infringement,
    specifically the unauthorized copying and commercial, for-profit use and distribution of
    unauthorized derivative versions of works created from Plaintiff's type face font
    software; in particular, the software associated with the Font Diner type face font Works
    entitled STOVETOP, CHICKEN BASKET, SQUARE MEAL, SQUARE MEAL
    HEARTY and the FONT DINER DOT COM, type face fonts ("Works" "Work" "Font"
    "Fonts"). Title 17 of the United States Code (Copyright Act) was enacted to provide
    remedies to copyright owners who suffer damages by reason of such actions.

### JURISDICTION AND VENUE

3.  This is an action for Copyright infringement arising under the Copyright Act of 1976, 17
    U.S.C. § 101 et seq., and for the related claims of Unfair Competition under 15 U.S.C. §
    1125(a) and applicable State laws, which seeks damages by reason of Defendant's
    ongoing infringement of Font Diner's valid and subsisting Copyrights. This Court has
    jurisdiction of this action under 28 U.S.C. §§ 1331, 1332, 1338(a) and 1338(b), its
    supplemental jurisdiction, and under Rule 4 of the Federal Rules of Civil Procedure.

4.  Venue is proper in this district under 28 U.S.C. §1391 and §1400 in that Defendant or
    Defendant's agents may be found in this District and Defendants transact business in this
    District.

### PARTIES

5.  Plaintiff Font Diner is a Minnesota corporation with its principal place of business
    located at 3224 Anric Drive, Eau Claire, Wisconsin 54701.

6.      Defendant, Momenta is a New Hampshire Corporation with its principal place of business at 442 First NH Turnpike, Northwood, New Hampshire 03261.

7.      Momenta is a designer and manufacturer of craft, stationary and home decorating products with offices in New Hampshire, Hong Kong and Australia.

8.      Momenta also conducts business on the Internet via an online store, located at http://www.momenta.com.

9.      Defendant Momenta conducts business within the State of New York, in the County of Kings, within the Eastern District.

## FACTS COMMON TO ALL CLAIMS

10.     Font Diner is engaged in the business of designing, creating, producing, marketing and licensing the use of computer software in the nature of, *inter alia*, type face Fonts and art design works in digital form for use with personal computers, commercial typesetting devices.

11.     Font Diner created and is the exclusive owner of the copyrighted software for the STOVETOP, CHICKEN BASKET, SQUARE MEAL, SQUARE MEAL HEARTY and the FONT DINER DOT COM, type face Fonts.

12.     Plaintiff Font Diner is the owner of U.S. Copyright Registrations TX 6-589-427 and TXu1-326-997 and TXu1-326-996 for the Computer Programs for a LUNCH BOX FONT COLLECTION and the Computer Programs for a COUNTY FAIR PICNIC FONT SET, and the Computer Programs for the FONT DINER DOT COM, type face fonts, respectively; copies of which are annexed hereto as Exhibit A (collectively, "Font Collections").

13.   THE STOVE TOP type face Font forms a part of the copyrighted Computer Programs for

a LUNCH BOX FONT COLLECTION (Reg. Serial No.: TX 6-589-427) and the

SQUARE MEAL and the SQUARE MEAL HEARTY type face Fonts form a part of the

copyrighted Computer programs for a COUNTY FAIR PICNIC FONT SET (Reg. Serial

No.: TXu1-326-997) and the Computer Programs for the FONT DINER DOT COM, type

face font software is registered as TXu1-326-996.

14.   Font Diner's Copyrights are each valid and subsisting.

15.   Font Diner has sold and continues to sell and derive significant revenue from the sale of

licenses to use its STOVETOP, CHICKEN BASKET, SQUARE MEAL, SQUARE

MEAL HEARTY and the FONT DINER DOT COM, type face fonts and the licensing of

the various artworks embodied therein.  Copies of showings of the STOVETOP,

CHICKEN BASKET, SQUARE MEAL, SQUARE MEAL HEARTY and the FONT

DINER DOT COM, type face Fonts are annexed hereto as Exhibit B.

16.   Font Diner controls the use of its Fonts by means of its End User License Agreement

("EULA") which specifically prohibits the uses complained of herein without the

purchase of a special license.  A Copy of Font Diner's EULA is annexed hereto as

Exhibit C.

17.   Font Diner is and has been at all times alleged herein, the sole owner of all rights, titles

and interests in and to the STOVETOP, CHICKEN BASKET, SQUARE MEAL,

SQUARE MEAL HEARTY and the FONT DINER DOT COM, type face fonts together

with the individual artworks and designs embodied therein.

## DEFENDANT'S ACTIONS

18. Defendant Momenta has caused the creation of unauthorized copies of STOVETOP, CHICKEN BASKET, SQUARE MEAL, SQUARE MEAL HEARTY and the FONT DINER DOT COM, type face fonts to be used in the creation of alphabet products associated with "scrapbooking" activities, such as self adhesive letters, rub on letters, and die cut letters among others, showings of which are annexed hereto as Exhibit D.

19. Defendant Momenta has not purchased a license from Font Diner to use the STOVETOP, CHICKEN BASKET, SQUARE MEAL, SQUARE MEAL HEARTY and the FONT DINER DOT COM, type face font software.

20. Defendant Momenta has not purchased a license from Font Diner to use the STOVETOP, CHICKEN BASKET, SQUARE MEAL, SQUARE MEAL HEARTY and the FONT DINER DOT COM, Fonts as a resource for the creation of its various products.

21. Defendant Momenta's use of STOVETOP, CHICKEN BASKET, SQUARE MEAL, SQUARE MEAL HEARTY and the FONT DINER DOT COM, Font software is an infringement of Font Diner's valid Copyrights.

22. The natural, probable and foreseeable result of Defendant's wrongful conduct has, and continues to be, to deprive Font Diner of the benefits and revenue from the sale of appropriate licenses to use STOVETOP, CHICKEN BASKET, SQUARE MEAL, SQUARE MEAL HEARTY and the FONT DINER DOT COM, type Font software and injury to Font Diner's relationships with present and prospective customers who rely on the cachet that exclusive licensing creates in the various Font Diner Works.

23. Font Diner has lost, and will continue to lose, substantial revenue from Defendant's wrongful use, copying, distribution and creation of unauthorized derivative works based

upon the STOVETOP, CHICKEN BASKET, SQUARE MEAL, SQUARE MEAL HEARTY and the FONT DINER DOT COM, Fonts.

24.    Defendant's wrongful conduct has deprived, and will continue to deprive, Font Diner of opportunities for expanding the goodwill associated with the Font Collections and individual STOVETOP, CHICKEN BASKET, SQUARE MEAL, SQUARE MEAL HEARTY and the FONT DINER DOT COM, type face Font software.

25.    Defendant has refused to cease and desist from infringing upon Font Diner's valuable Copyrights, despite several demands for such action.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
### 17 U.S.C. § 101

26.    Font Diner repeats and realleges each and every allegation of the Complaint as set forth in Paragraphs 1 through 25, inclusive, and incorporates them herein by this reference.

27.    Defendant Momenta has infringed and will continue to infringe Font Diner's valuable Copyrights in and to the Font Collections containing the STOVETOP, CHICKEN BASKET, SQUARE MEAL, SQUARE MEAL HEARTY and the FONT DINER DOT COM, type face Font software.

28.    Font Diner is further entitled to recover damages it has sustained and will continue to sustain, together with any gains, profits, and advantages obtained by Defendant as a result of the acts of infringement alleged herein, as well as attorneys' fees.

29.    At present, the amount of such damages, gains, profits, and advantages cannot be fully ascertained by Font Diner.

30.    Font Diner has no adequate remedy at law.

## SECOND CAUSE OF ACTION
## UNFAIR COMPETITION
## 15 U.S.C. §1125(a)

31.    Font Diner repeats and realleges each and every allegation of the Complaint as set forth
       in Paragraphs 1 through 30, inclusive, and incorporates them herein by this reference.

32.    Defendant Momenta's unauthorized use and distribution of Font Collections containing
       the individual STOVETOP, CHICKEN BASKET, SQUARE MEAL, SQUARE MEAL
       HEARTY and the FONT DINER DOT COM, type face Font software and the creation of
       unauthorized derivative works in connection with creation and sale of its craft, stationary
       and home decorating products, constitutes false advertising, false designation of origin,
       and false descriptions and representations that falsely describe and represent Defendant's
       goods and/or services as being connected, endorsed or otherwise associated with Font
       Diner, and by reason thereof, creates a false description or representation in interstate
       commerce in violation of 15 U.S.C. § 1125(a).

33.    By reason of Defendant's actions, Font Diner has been and will continue to be so
       damaged.

34.    Font Diner is further entitled to recover damages it has sustained and will continue to
       sustain, together with any gains, profits, and advantages obtained by Defendant as a result
       of the acts of infringement alleged herein, as well as attorneys' fees.

35.    At present, the amount of such damages, gains, profits, and advantages cannot be fully
       ascertained by Font Diner.

36.    Font Diner has no adequate remedy at law.

### THIRD CAUSE OF ACTION
### DILUTION IN VIOLATION OF NEW YORK
### STATE GENERAL BUSINESS LAW §360-1

37.    Font Diner repeats and realleges each and every allegation of the Complaint as set forth

       in Paragraphs 1 through 36, inclusive, and incorporates them herein by this reference.

38.    Defendant Momenta has been, and continues to be, engaged in unfair and deceptive

       practices in violation of Section 360-1 of New York State General Business Law.

39.    By reason of Defendant's acts, Font Diner has been seriously and irreparably injured, and

       unless Defendant is restrained, Font Diner will continue to be so damaged.

40.    Font Diner is further entitled to recover damages it has sustained and will continue to

       sustain, together with any gains, profits, and advantages obtained by Defendant as a result

       of the acts of infringement alleged herein, as well as attorneys' fees.

41.    At present, the amount of such damages, gains, profits, and advantages cannot be fully

       ascertained by Font Diner.

42.    Font Diner has no adequate remedy at law.


WHEREFORE, Plaintiff respectfully requests and prays that this Court will:

1.     Preliminarily and permanently enjoin and restrain Defendant, its officers, directors,

       principals, agents, servants, employees, successors, assigns and all those in active concert

       or participation with it from:

       (a)    imitating, copying, distributing, or making unauthorized use of Font Diner's

       Registered Copyrights including the infringing use of the individual STOVETOP,

CHICKEN BASKET, SQUARE MEAL, SQUARE MEAL HEARTY and the FONT DINER DOT COM, type face font software;

    (b)    manufacturing, creating, producing, advertising, promoting, or displaying any product bearing any simulation, reproduction, counterfeit, copy, derivative version, or colorable imitation of Font Diner's Copyrighted Works;

2.    Direct that Defendant deliver for destruction at Defendant's expense, *inter alia*, all computer files, hard drives, solid state drives, disks, CD-Rom's, DVD's, videotapes, and all other recorded media together with all other items, including but not limited to craft, stationary and home decorating products in its possession or under their control that were created using Font Diner's Copyrighted works;

3.    Direct that Defendant be required to pay Font Diner actual damages in the amount of Three Hundred Fifty Thousand ($350,000) Dollars or Statutory Damages under Copyright Law, whichever is greater, for all gains, profits and advantages derived by Defendant though their infringement of Font Diner's Copyrights;

4.    Direct that Defendant be required to pay to Font Diner such other damages that it has sustained as a consequence of Defendant's unauthorized use, copying and distribution of Font Diner's Copyrighted works;

5.    Direct that Defendant be ordered to make a written report within a reasonable period of time to be filed with the Court detailing the manner of compliance with the requested injunctive and mandatory relief above;

6.    Award Font Diner the costs of this action together with reasonable attorneys' fees; and

7.    Award Font Diner such other and further relief as the Court may deem just and proper.

**JURY DEMAND**

Plaintiff, Font Diner, Inc. hereby demands a trial by jury.

Dated: February 9, 2009

Respectfully submitted,
THE MARTINEZ GROUP PLLC

By: _____

Frank J. Martinez (FJM-2149)
Attorneys for Plaintiff
Font Diner, Inc.

THE MARTINEZ GROUP PLLC
55 Washington Street, Suite 316
Brooklyn, New York 11201
718.797.2341 Telephone
718.222.0481 Facsimile
FM@martinezgroup.com



# Copyright

Help   Search   History   Titles   Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Font Diner
Search Results: Displaying 1 through 9 of 9 entries.

Resort results by:

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | Font Diner, Inc. | Computer program for a Milwaukee typefront. | TX0006348660 | 1998 |
| [ 2 ] | Font Diner, Inc. | Computer program for a New York to Las Vegas typefront. | TX0006400364 | 2001 |
| [ 3 ] | Font Diner, Inc. | Computer programs for a Brownbag font collection of typefonts. | TX0006445068 | 1999 |
| [ 4 ] | Font Diner, Inc. | Computer programs for a cajun buffet collection of typefonts. | TX0006061499 | 2002 |
| [ 5 ] | Font Diner, Inc. | Computer programs for a County Fair Picnic font set, collection of typefonts. | TXu001326997 | 2007 |
| [ 6 ] | Font Diner, Inc. | Computer programs for a FONTDINERDOTCOM typefont. | TXu001326996 | 2007 |
| [ 7 ] | Font Diner, Inc. | Computer programs for a FONTDINERDOTCOM typefont / by Font Diner, Inc. | TX0006567151 | 2007 |
| [ 8 ] | Font Diner, Inc. | Computer programs for a LUNCH BOX font collection | TX0006589427 | 2000 |
| [ 9 ] | Font Diner, Inc. | Computer programs for a TV dinner collection of typefonts. | TX0006061498 | 2000 |

Resort results by:

|   |   |   |
|---|---|---|
| Records | Select Format: Full Record | |
| ○ All on Page | | |
| ● Selected On Page | Enter your email address: | |
| ○ Selected all Pages | | |

**Save, Print and Email (Help Page)**

Search for: Font Diner        Name (Crichton Michael, Walt Disney Company)        None

25 records per page

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



SELECT FONT SET   County Fair Picnic Font Set



Get yer County Fair Picnic Font Set (12 great fonts) for only $28!
The more sets you order, the more you save!!! Order Now!

Chicken Basket
AaBbCcDdEeGgIiJjKkLlNnOoPpRrSs

Chowderhead
AaBbCcDdEeGgIiJjKkLlNnOo

Cocktail Script
AaBbCcDdEeFfGgHhIiJjMlR

COUNTRY STORE
AABBCCDDEEFFGGHHIIJJKKLLNN

DAIRYLAND
ABCDEFGHIJKLMNOPQRSTUVWXYZ
1234567689!@#$%^€*()_+{}[]=¢€?



Emblem Chief
AaBbCcDdEe7fGgHhIiJjKk
LlMmNnOoPpQqRrSsWx

MOTEL KING
AABBCCDDEEFFGGHHIIJJKK
LLMMNNOOPPQQRRSSWW

QUEEN ROSIE
AABBCCDDEEFFGGHHIIJJ
KKLLMMNNOOPPQQRRSS

SWEET ROSIE
AABBCCDDEEFFGGHHIIJJ
KKLLMMNNOOPPQQRRSS

Secret Recipe
AaCcDdEeFfGgHhIiJj LlL

SQUARE MEAL
AACCDDEEFFGGHHIIJJKKLL
MMNNOOPPQQRRSSU

SQUARE MEAL HEARTY
AACCDDEEFFGGHHIIJJKKLL
MMNNOOPPQQRRSSTU

**Font Sets: County Fair | Casino Buffet | In-Flight Meal | Lunch Box | TV Dinner | Brown Bag | Doggie Bag | Order Now!**





SELECT FONT SET    Lunch Box Font Set



Grab a Lunch Box Font Set **(10 fonts)** for only $28!
The more sets you order, the more you save!!! **Order Now!**

# AUTOMATIC
ABCDEFGHIJKLMNOPQRSTUVW

# CHICKEN KING
AaBBCCDDFFG iiJJKKLLMMN oPPQQ

# StoVetoP
aBCDeFGHiJKLmnoPQRStvZ

# Kitchenette


# Doggie Bag Script
AaBbCcDdFfCgHhIiJjKKLlMmNnOoPpQq

# JOHNNY LUNCHPAIL
## ABCDEFGHIJKLMNOPQRSTU

# REGULATOR
## ABCDEFGHIJKLMNOPQRS

# Motorcar Atlas
## Aa Bb Cc Dd Ff Gg Hh Ii Jj Kk Ll

# MILWAUKEE
## 2 FONTS COMBINE TO FORM REAL NEON!

# ¡WARNING!
## ABCDEFGGHJKLMNOPQR

**Font Sets:** County Fair | Casino Buffet | In-Flight Meal | Lunch Box | TV Dinner | Brown Bag | Doggie Bag | Order Now!

# ASK THE DOCTOR

**Problems using this site? Ask The Dr.**

A: When you buy fonts from any Font Foundry, you're not buying the fonts at all but really the license to use the fonts on your computer. With every font or font set you purchase and download, the terms of that license are also downloaded with the fonts so you can read about any restrictions for those fonts. Read our entire license agreement here.

A: Instead of licensing our fonts based on the number of computers you have at your location, we license our fonts based on the number of people or 'end users' who will be using them. Additionally if you've got multiple computers you work on, you're allowed to install the fonts on up to two computers you use so long as they aren't in use at the same time.

A: Easy! Our Rocket Shipping shopping cart automatically calculates the best pricing on ALL our fonts and font sets for your configuration up to 100 end users. Should you need to purchase for more than a 100 users, simply contact us at license@fontdiner.com for a custom quote.

A: In general after you purchase the fonts, you can use the fonts for almost anything you wish in a commercial manner as long as it doesn't violate the terms of our licensing agreement which you can read here.

Overall, you may not redistribute or resell any of the fonts nor can you modify and resell them as your own work. Beyond that, there are three distinct uses that require additional licensing.

1. Alphabet Or Letterform-Related Products; Personalized Products For Resale Or In Letterform Creation Products Or Devices;
2. Broadcast On Television Cable Or The Internet; Commercial Exhibition, Or Films
3. Embedding In Electronic Devices; All Gaming Devices;
4. Embedding In Software;

Letter Form, Alphabet Products and Personalized Products includes, but are not limited to, scrapbooking uses involving reproductions of individual letterforms, including but not limited to digital alphabets (Alphas); adhesive sticker alphabet products; use in the creation of signage or numbering products; monogram products; rubber stamps; die-cut products, stencil products; tattoo, flash, or converted into software or by other means for the purpose of producing alphabet or letterforms by the use of sewing and/or embroidery machines; die-cut devices and plotters or any other product producing or containing any image of the letterforms or images derived from the design of the Font embedded in the Font Software of which any licensee of the alphabet can be reproduced where the letterforms or alphabet product will be distributed or resold; on physical goods, by way of example only, T-shirts personalized for sale. For the purpose of clarity, these restrictions do not apply to laser or inkjet printers used for those purposes generally associated with design, graphic and industrial design or to sign-making facilities provided the end product is a finished, ready to use sign.

Broadcast, Exhibition, Internet and Film Usage includes, but is not limited to the use of the Font Software to create titling and/or credits for any broadcast via television, the Internet and/or cable and/or motion picture distribution and/or exhibition. For use in film or in television broadcasts and where a license has been granted, the terms of any such license are normally limited to an annual broadcast season or the initial release. Unless otherwise provided for, broadcast usage licensing must be renewed prior to following season (whether original or re-rerun, both foreign and domestic) to retain the granted license. Failure to renew a broadcast, exhibition and film usage license is a breach of this license causing significant monetary harm to Font Diner. Additional licensing options are available.

Embedded In Electronic Devices includes, but is not limited to, the use of the Font Software for any on-screen display or in an electronic device. For example, and not by way of limitation, such electronic devices include electronic books, kiosks or gaming devices and some forms of gaming machines. Use of the Font in the creation of or as part of a Company Logo is permitted. Upon the purchase of a license upgrade the Font Software may be embedded and resident within an electronic device provided it cannot be extracted from the device. NOTE: This restriction may not apply to a laptop or notebook depending upon the license you purchased.

The embedding or other use of the Fonts or the outlines thereof, in software or other works distributed electronically and/or via physical media for sale is prohibited under this License. Any such use requires the express written permission by Font Diner and may or may not require the purchase of a license upgrade at the sole discretion of Font Diner.

**Back to General Questions**













